FILED

01/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0554

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| GARY TAYLOR,<br><br>        Plaintiff and Appellant,<br><br>    v.<br><br>GEORGE ANTHONY TAYLOR and<br>ANNE MARIE TAYLOR,<br><br>        Defendants and Appellees. | Cause No. DA-23-0554<br><br>**ORDER** |

UPON consideration of Appellant's motion for extension of time to file the opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 20, 2024, to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 24 2024